UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

Derek Allen Watson and Megan Melissa Watson,

    Debtors.

Case No. 22-11270-MLB

Chapter 13

**DECLARATION OF DAVID HUYNH**

I, David Huynh, hereby declare as follows:

1. I am over the age of 18 and am a real estate broker, licensed by the State of Washington. I have been a real estate broker for more than 30 years and have inspected and viewed hundreds if not thousands of properties. I make this declaration based my personal knowledge including my expertise in assessing the value of real estate properties.

2. I was retained by the law firm Lagerlof, LLP to provide a Residential Broker Price Opinion for the property located at 17520 Marine Dr., Stanwood, Washington 98292 (the "Property").

3. On October 22, 2021, I visited and inspected the Property. I walked around the Property and observed the house located on it. Based on my observation, the Property was

{100047/002330/00631822-1 }
DECLARATION OF DAVID HUYNH -1

CASE NO: 22-11270-MLB

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

Case 22-11270-MLB    Doc 30    Filed 09/26/22    Ent. 09/26/22 11:21:00    Pg. 1 of 6

vacant and no one was living there. I observed that the heat pump and HVAC unit had been removed and the lawn was overgrown. It appeared to me that no one had occupied the house for many months.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the Residential Broker Price Opinion ("Price Opinion") for the Property that I provided Lagerlof, LLP dated May 2, 2022. This document accurately reflects my conclusions regarding the Property including its market value which I assessed to be $900,000.

5. Subsequent to the date of the Price Opinion, the average real estate property sale prices have declined by approximately 9%. Accordingly, and provided that the Property is in a similar condition as of the date of my Price Opinion, I now assess the Property's market value to be reduced by approximately $81,000 as of the date of this declaration to account for the change in property prices in the overall real estate market. This would result in the Property's market value to be reduced to $819,000.

6. Generally, the cost of selling a property such as the Property for the real estate is 1.78% for state and local excise taxes, 5% for real estate broker fees, $2,200 for title insurance, $1,350 for escrow fees, and $350 for other taxes and miscellaneous fees. Accordingly, I estimate the cost of selling the Property to be $59,428.20. Based on this amount and the Property's reduced market value of $819,000, I estimate the net proceeds from the sale of the Property to be $759,571.80 before taxes.

I DECLARE UNDER THE PENALTY OF PERJURY FOR THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED this 22nd day of September 2022 at Orondo, Washington.

*s/ David Huynh*
**David Huynh**

{100047/002330/00631822-1 }
DECLARATION OF DAVID HUYNH -2
CASE NO: 22-11270-MLB

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

Case 22-11270-MLB    Doc 30    Filed 09/26/22    Ent. 09/26/22 11:21:00    Pg. 2 of 6

# EXHIBIT 1

# RESIDENTIAL BROKER PRICE OPINION

Loan # 
REO #: _____  This BPO is the ☒ Initial ☐ 2nd Opinion ☐ Updated ☐ Exterior Only    DATE  May 2nd, 2022
PROPERTY ADDRESS:  17520 Marine Dr.                SALES REPRESENTATIVE: 
                   Stanwood, WA 98292              CLIENT NAME:  Watson
FIRM NAME:     NextHome Preview Properties         COMPLETED BY:  David C Huynh
PHONE NO.      (360)708-1040                       FAX NO.        (360)848-1747

## I. GENERAL MARKET CONDITIONS

Current market condition:          ☐ Depressed   ☐ Slow      ☐ Stable    ☐ Improving   ☐ Excellent
Employment conditions:             ☐ Declining   ☐ Stable    ☐ Increasing
Market price of this type property has:  ☐ Decreased _____ % in past _____ months
                                         ☒ Increased   5   % in past  12  months
                                         ☐ Remained stable
Estimated percentages of owner vs. tenants in neighborhood: _____ % owner occupant  _____ % tenant
There is a  ☐ Normal supply  ☐ oversupply  ☒ shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 0
No. of competing listings in neighborhood that are REO or Corporate owned: 0
No. of boarded or blocked-up homes: 0

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $ 500,000 to $ 2,000,000
The subject is an  ☒ over improvement  ☐ under improvement  ☐ Appropriate improvement for the neighborhood.
Normal marketing time in the area is:  5  days.
Are all types of financing available for the property?  ☒ Yes  ☐ No    If no, explain _____
Has the property been on the market in the last 12 months?  ☐ Yes  ☒ No   If yes, $ _____ list price (include MLS printout)
To the best of your knowledge, why did it not sell? _____
Unit Type:  ☒ single family detached  ☐ condo  ☐ co-op  ☐ mobile home
            ☐ single family attached  ☐ townhouse  ☐ modular
If condo or other association exists: Fee $ _____  ☐monthly  ☐ annually  Current? ☐ Yes  ☐ No  Fee delinquent? $ _____
The fee includes:  ☐ Insurance  ☐ Landscape  ☐ Pool  ☐ Tennis  Other _____
Association Contact: Name: _____              Phone No.: _____

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 17520 Marine Dr. | 2675 SE Camano Dr | | 2631 SE Camano Dr | | 4854 S Camano Dr | |
| Proximity to Subject | | 3mi  REO/Corp☐ | | 3mi  REO/Corp☐ | | 4mi  REO/Corp☐ | |
| Sale Price | $ | $ 1,100,000 | | $ 1,175,000 | | $ 1,215,000 | |
| Price/Gross Living Area | $ 65 Sq. Ft. | $ 65 Sq. Ft. | | $65 Sq. Ft. | | $ 65 Sq. Ft. | |
| Sale Date & Days on Market | | 10/28/21  2 | | 3/23/22  6 | | 12/21/21  11 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sales or Financing Concessions | | none | 0 | none | 0 | none | 0 |
| Location | Excellent | Excellent | 0 | Excellent | 0 | Excellent | 0 |
| Leasehold/Fee Simple | FS | FS | 0 | FS | 0 | FS | 0 |
| Site | 2.1 ac | 1.4 ac | 0 | 1.9 ac | 0 | .5 ac | 100000 |
| View | Excellent | excellent | 0 | excellent | 0 | excellent | 0 |
| Design and Appeal | Good | good | 0 | good | 0 | good | 0 |
| Quality of Construction | very good | very good | 0 | Very good | 0 | very good | 0 |
| Age | 2017 | 2018 | 0 | 1957 | 100000 | 1999 | 0 |
| Condition | good | Very good | -50000 | good | 0 | Very good | -50000 |
| Above Grade Room Count | Total 10 / Bdms 4 / Baths 5 | Total 7 / Bdms 3 / Baths 3 | 15000 | Total 7 / Bdms 3 / Baths 3 | 15000 | Total 7 / Bdms 3 / Baths 3 | 15000 |
| Gross Living Area | 4202 Sq. Ft. | 3384 Sq. Ft. | 53170 | 2096 Sq. Ft. | 136890 | 3471 Sq. Ft. | 47515 |
| Basement & Finished Rooms Below Grade | 2001sqft | none | 90045 | none | 90045 | none | 90045 |
| Functional Utility | Good | Good | 0 | Good | 0 | Good | 0 |
| Heating/Cooling | Elec H/P | elec h/p | 0 | Gas f/a | 0 | elec H/P | 0 |
| Energy Efficient Items | windows | windows | 0 | windows | 0 | windows | 0 |
| Garage/Carport | 3 car gar | 2 car gar | -5000 | 3 car gar | 0 | none | 20000 |
| Porches, Patio, Deck Fireplace(s), etc. | Deck | deck | 0 | deck | 0 | deck | 0 |
| Fence, Pool, etc. | none | none | 0 | none | 0 | none | 0 |
| Other | high bank w/f | high bank w/f | 0 | high bank w/f | 0 | high bank w/f | 0 |
| Net Adj. (total) | | ☒ + ☐ - | $ 103215 | ☒ + ☐ - | $341935 | ☒ + ☐ - | $222560 |
| Adjusted Sales Price of Comparable | | | $1,203,215 | | $1,516,935 | | $1,437,560 |

Fannie Mae Revised 03/99                     Page 1 of 2

## IV. MARKETING STRATEGY          Occupancy Status:  Occupied ☒  Vacant ☐  Unknown ☐

☒ As-is  ☐ Minimal Lender Required Repairs  ☐ Repaired   Most Likely Buyer: ☒ Owner occupant  ☒ Investor

## V. REPAIRS
Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood.
Check those repairs you recommend that we perform for most successful marketing of the property.

☒ See remarks                         $ _____   ☐ _____  $ _____
☐ _____  $ _____   ☐ _____  $ _____
☐ _____  $ _____   ☐ _____  $ _____
☐ _____  $ _____   ☐ _____  $ _____
☐ _____  $ _____   ☐ _____  $ _____

**GRAND TOTAL FOR ALL REPAIRS  $_____**

### VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER. 2 | | COMPARABLE NUMBER. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 17520 Marine Dr. | | | | | | |
| Proximity to Subject | | REO/Corp☐ | | REO/Corp☐ | | REO/Corp☐ | |
| List Price | $ | $ | | $ | | $ | |
| Price/Gross Living Area | $   Sq.Ft. | $   Sq.Ft. | | $   Sq.Ft. | | $   Sq.Ft. | |
| Data and/or Verification Sources | | | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adjustment | DESCRIPTION | +(-)Adjustment | DESCRIPTION | +(-)Adjustment |
| Sales or Financing Concessions | | | | | | | |
| Days on Market | | | | | | | |
| Location | Excellent | | | | | | |
| Leasehold/Fee Simple | FS | | | | | | |
| Site | 2.1 ac | | | | | | |
| View | Excellent | | | | | | |
| Design and Appeal | Good | | | | | | |
| Quality of Construction | very good | | | | | | |
| Age | 2017 | | | | | | |
| Condition | good | | | | | | |
| Above Grade Room Count | Total / Bdms / Baths  10 / 4 / 5 | Total / Bdms / Baths | | Total / Bdms / Baths | | Total / Bdms / Baths | |
| Gross Living Area | 4202 Sq. Ft. | Sq. Ft. | | Sq. Ft. | | Sq. Ft. | |
| Basement & Finished Rooms Below Grade | 2001sqft | | | | | | |
| Functional Utility | Good | | | | | | |
| Heating/Cooling | Elec H/P | | | | | | |
| Energy Efficient Items | windows | | | | | | |
| Garage/Carport | 3 car gar | | | | | | |
| Porches, Patio, Deck Fireplace(s), etc. | Deck | | | | | | |
| Fence, Pool, etc. | none | | | | | | |
| Other | high bank w/f | | | | | | |
| Net Adj. (total) | | ☐+ ☐- | $0 | ☐+ ☐-  - | $0 | ☐+ ☐- | $0 |
| Adjusted Sales Price of Comparable | | | $ | | $ | | $ |

## VI. THE MARKET VALUE  (The value must fall within the indicated value of the Competitive Closed Sales).

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 900,000 | $ 900000 |
| REPAIRED | $ 1,450,000 | $ 1,450,000 |

**Last Sale of Subject,  Price** $ ,      **Date** n/a

COMMENTS  (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

Unique custom home situated on 70ft of high bank saltwater frontage with westerly views. I am unable to determine the overall condition of the interior, but seeing the Heat pump missing as indicated in the attached pictures, I would assume all interior appliances and/or fixtures are probably missing as well. This is one of the newer homes in this area and is very unique in design from adjacent homes, but, the neighboring homes are all very nice, and well kept homes.
As is typical in this market, at the time of this BPO, there were no active listings, and what few sold comps I found are across the narrow bay on Camano Island.

Signature:   David C Huynh                                    Date: _____