Entered on Docket December 9, 2022

**Below is the Order of the Court.**



_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

DEREK ALLEN WATSON and

MEGAN MELISSA WATSON,

      Debtors.

IN CHAPTER 13 PROCEEDING
NO. 22-11270-MLB

ORDER DISMISSING CASE

THIS MATTER having come before the Court upon the Chapter 13 Trustee's Motion to Dismiss Case (ECF No. 36). For the reasons stated by the Court at the December 7, 2022 hearing, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

_/s/ Jason Wilson-Aguilar_
JASON WILSON-AGUILAR, WSBA #33582
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

ORDER DISMISSING CASE - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282